| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Huvelle, Ellen S. | US District Court for the District of Columbia | 06/07/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge - active | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 333 Constitution Avenue NW Washington DC 20001 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | Board of Overseers, Boston School of Law |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE FINANCIAL OFFICE 2010 JUN 11 A 10: 40 RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 06/07/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Self-employed, Partner in Law Firm |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Association | 3/27/2009 - 3/28/2009 | New York, NY | Annual Dinner | Transportation, hotel, food |
| 2. | Boston College Law School | 5/7/2009-5/9/2009 | Boston, MA | Meeting of Board of Overseers | Transportation, hotel, food |
| 3. | Boston College Law School | 10/9/2009-10/10/2009 | Boston, MA | Meeting of Board of Overseers | Transportation, hotel, food |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 06/07/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. HSBC | Mortgage on Rental Property, Washington, DC (Part VII, Line 119) | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 06/07/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley Active Assets Tax Free Trust | A | Dividend | O | T | | | | | |
| 2. American Online (now name Time Warner) | A | Dividend | J | T | | | | | |
| 3. Cisco Systems | | None | | | Sold | 12/14/09 | K | A | |
| 4. iShares MSCI EAFE Fund | C | Dividend | M | T | | | | | |
| 5. Oracle Corp | A | Dividend | K | T | | | | | |
| 6. Cinco TX Municipal Utility 4.0% due 9/1/10 | B | Interest | L | T | | | | | |
| 7. MFS Muni Bond | B | Dividend | K | T | | | | | |
| 8. Van Kampen Emerging Markes | | None | K | T | | | | | |
| 9. Oppenheimer Developing Markets Fund | A | Dividend | K | T | | | | | |
| 10. Templeton Developing Markets | A | Dividend | K | T | | | | | |
| 11. AIM International Growth Fund | A | Dividend | L | T | | | | | |
| 12. Manulife Venture Annuity | | None | L | T | | | | | |
| 13. iShares Sm Cap 600 Growth | A | Dividend | J | T | | | | | |
| 14. Allianz CCM Cap App Class C | A | Dividend | K | T | | | | | |
| 15. Calvert Large Growth Fd Cl C | | None | K | T | | | | | |
| 16. MFS Int'l Growth Fd Cl C | A | Dividend | K | T | | | | | |
| 17. Van Kampen Comstock Cl C | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 06/07/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. North East Independent Sch Dist TX 2.75 0% due 8/1/09 | C | Interest | | | Redeemed | 8/3/09 | L | B | |
| 19. Baker Hughes | A | Dividend | | | Sold | 12/18/09 | J | A | |
| 20. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 21. Morgan Stanley India Investment Fund | A | Dividend | | | Sold | 12/18/09 | J | A | |
| 22. Powershares Wildhill Clean Energy | | None | J | T | | | | | |
| 23. Whole Foods Markets | | None | | | Sold | 4/29/09 | J | A | |
| 24. Wisdom Tree Large Cap Dividend ETF | A | Dividend | | | Sold | 12/18/09 | K | A | |
| 25. Eaton Vance Large Value Fund | A | Dividend | K | T | | | | | |
| 26. AllianceBernstein International Growth | A | Dividend | J | T | | | | | |
| 27. Las Vegas NV 4.0% 10/01/09 | C | Interest | | | Redeemed | 10/1/09 | L | A | |
| 28. Montgomery Co. MD 5.0% 10/01/12 | B | Interest | L | T | | | | | |
| 29. Amex Centurion Bank 2.9% 12/10/09 | | None | | | Redeemed | 12/10/09 | L | A | |
| 30. Bear Steams Co. 7.625% 12/07/09 | D | Interest | | | Redeemed | 12/07/09 | L | A | |
| 31. Indiana St Education 5.0% 02/01/09 | B | Interest | | | Redeemed | 2/2/09 | L | A | |
| 32. Market Vectors Gold Miners | A | Dividend | K | T | | | | | |
| 33. Morgan Stanley Bank CD 2.9% 12/11/09 | B | Dividend | | | Redeemed | 12/11/09 | L | A | |
| 34. Palm Beach Criminal 5.375% 06/01/11 | C | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 06/07/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Rydex Managed Future Strategies Fund | | None | K | T | | | | | |
| 36. Tulsa Co ISD 3.5% 08/01/10 | D | Interest | M | T | | | | | |
| 37. WesternBank PR CD 2.75% 02/02/09 | A | Interest | | | Redeemed | 2/2/09 | L | A | |
| 38. Schlumberger | | None | J | T | Buy | 12/14/09 | J | | |
| 39. Time Warner Cable | A | Dividend | K | T | Buy | 10/8/09 | J | | |
| 40. Time Warner Cable | A | Dividend | K | T | Buy | 4/15/09 | J | | |
| 41. EMC | | None | J | T | Buy | 12/14/09 | J | | |
| 42. Hewlett Packard | A | Dividend | K | T | Buy | 10/8/09 | J | | |
| 43. Hewlett Packard | A | Dividend | K | T | Buy | 4/15/09 | J | | |
| 44. New Frontier | A | Dividend | L | T | Buy | 4/17/09 | L | | |
| 45. Netflix | | None | J | T | Buy | 10/8/09 | J | | |
| 46. Amazon | | None | K | T | Buy | 10/8/09 | J | | |
| 47. Bank of America Subordinated Notes | B | Interest | L | T | Buy | 4/22/09 | L | | |
| 48. Diamond Hill | | None | K | T | Buy | 12/14/09 | K | | |
| 49. M S Limited Duration US Gov't Tr | A | Dividend | M | T | Buy | 12/14/09 | M | | |
| 50. New York St Go | | None | M | T | Buy | 3/5/09 | M | | |
| 51. iShares Barclays 1-3 Yr Treasury Bd | | None | M | T | Buy | 12/14/09 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 06/07/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. iShares Dj US Healthcare Shares | A | Dividend | J | T | Buy | 12/14/09 | J | | |
| 53. iShares MSCI Brazil | A | Dividend | J | T | Buy | 12/14/09 | J | | |
| 54. Alliance Bernstein Int'l | A | Dividend | K | T | Buy | 12/14/09 | K | | |
| 55. IRA #2 | D | Dividend | O | T | | | | | |
| 56. -Morgan Stanley Bank | | | | | | | | | |
| 57. -iShares S&P Small Cap Value | | | | | | | | | |
| 58. -iShares S&P 500 Growth | | | | | | | | | |
| 59. -iShares S&P 500 Value | | | | | | | | | |
| 60. -iShares Sm Cap Growth | | | | | | | | | |
| 61. -Genzyme Corp | | | | | | | | | |
| 62. -Walmart Stores 6.875% due 8/10/09 | | | | | Redeemed | 8/10/09 | K | A | |
| 63. -Van Kampen Comstock | | | | | | | | | |
| 64. -MFS Value | | | | | | | | | |
| 65. -MFS Int'l Growth | | | | | | | | | |
| 66. -Calvert Large Growth | | | | | | | | | |
| 67. -Abbott Laboratories | | | | | | | | | |
| 68. -American Gr. Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 06/07/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -American Inv. Co. | | | | | | | | | |
| 70. -Sentinel Small Company | | | | | | | | | |
| 71. -Delaware Small Cap Value | | | | | | | | | |
| 72. -AllianceBernstein International Value Fund Class C | | | | | | | | | |
| 73. -Dreyfus Premier Alpha Growth Fund Class C | | | | | Sold | 12/14/09 | K | A | |
| 74. -Dreyfus Premier New Leaders Fund Class C | | | | | Sold | 12/14/09 | K | A | |
| 75. -iShares MSCI EAFE | | | | | | | | | |
| 76. -MS FX Alpha Strategy Plus | | | | | | | | | |
| 77. -Eaton Vance Large Fund | | | | | | | | | |
| 78. -Ivy Asset Strategy | | | | | | | | | |
| 79. -iShares Barclays TIPS Bond Fund | | | | | Buy | 4/22/09 | K | | |
| 80. -Cap. Protected Notes on S&P 500 Index | | | | | Buy | 12/23/09 | K | | |
| 81. -UnderArmour | | | | | Buy | 12/9/09 | J | | |
| 82. -iShares iBoxx HY Corp. Bond Fund | | | | | Buy | 4/22/09 | K | | |
| 83. Active Assets Tax Free | A | Interest | O | T | | | | | |
| 84. Apple Computer | | None | K | T | | | | | |
| 85. Dell | | None | | | Sold | 12/17/09 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 06/07/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. iShares MSCI EAFE | A | Dividend | K | T | | | | | |
| 87. iShares S&P 500 Growth | A | Dividend | K | T | | | | | |
| 88. iShares S&P 500 Value | B | Dividend | L | T | | | | | |
| 89. iShares Small Cap Growth | A | Dividend | K | T | | | | | |
| 90. MS India Fund | A | Dividend | | | Sold | 12/17/09 | J | A | |
| 91. Oyster Bay New York Public Improvements 5.0% | B | Interest | K | T | | | | | |
| 92. Van Kampen Emerging Markets Fund | | None | K | T | | | | | |
| 93. Van Kampen Comstock | A | Dividend | | | Sold | 12/17/09 | K | A | |
| 94. Oppenheimer Developing Markets Fund | A | Dividend | K | T | | | | | |
| 95. Delaware Trend Fund | | None | | | Sold | 12/17/09 | K | A | |
| 96. Allianz Cap App | A | Dividend | | | Sold | 12/17/09 | J | A | |
| 97. Calvert Large Growth | | None | J | T | | | | | |
| 98. MFS Value | A | Dividend | K | T | | | | | |
| 99. Am. Inv. Co. of Am. | A | Dividend | K | T | | | | | |
| 100. Franklin Small Midcap Growth | | None | K | T | | | | | |
| 101. Lincoln National American Legacy | | None | M | T | | | | | |
| 102. North Las Vegas Nv 4.35% 11/01/10 | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 06/07/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. MS Fx Alpha Plus Strat Port | | None | K | T | | | | | |
| 104. AIM Tax Exempt Cash Fund | A | Dividend | K | T | | | | | |
| 105. Bank of India 2.85% 3/18/2008 | B | Interest | | | Redeemed | 3/18/09 | L | A | |
| 106. Capital One Bank 4.0% 02/08/10 | C | Interest | M | T | | | | | |
| 107. Connecticut Health Education 4.0% 7/01/10 | D | Interest | M | T | | | | | |
| 108. Sovereign Bank CD 2.9% 3/17/2009 | B | Interest | | | Redeemed | 3/17/09 | L | A | |
| 109. 1st Pacific Bank CD 4.05% 2/8/2010 | C | Interest | M | T | | | | | |
| 110. Delaware Emerging Markets | | None | K | T | Buy | 12/17/09 | K | | |
| 111. Van Kampen Small Cap Value | | None | K | T | Buy | 12/17/09 | K | | |
| 112. Allianz NFJ Div. Value | | None | J | T | Buy | 12/17/09 | J | | |
| 113. IRA #1 | A | Dividend | L | T | | | | | |
| 114. -Morgan Stanley Bank/Liquid Asset Fund | | | | | | | | | |
| 115. -Delaware Small Cap Value Fund | | | | | | | | | |
| 116. ▓ | B | Interest | O | T | | | | | |
| 117. ▓ | A | Distribution | J | T | | | | | |
| 118. Greenwood at Cleveland Park LLC | | None | J | W | | | | | |
| 119. Rental Property, Washington, DC | D | Rent | N | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 06/07/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Winslow Green Mutual Fund | A | Dividend | J | T | | | | | |
| 121. Retirement Account | E | Int./Div. | P1 | T | | | | | |
| 122. -Dodge & Cox | | | | | | | | | |
| 123. -American Funds Growth Fund of Am. | | | | | | | | | |
| 124. -American Beacon Small Cap | | | | | | | | | |
| 125. -Ranier Small/Mid Cap Equity | | | | | | | | | |
| 126. -Lazard Emerging Mkts | | | | | | | | | |
| 127. -Thornburg International | | | | | | | | | |
| 128. -Schwab Stable Value | | | | | | | | | |
| 129. -PIMCO Total Return | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 06/07/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Huvelle, Ellen S. | 06/07/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature________

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544